# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re

Carmen Ham

Debtor(s)

Case No. 26-20340

Chapter 7

MAY 12 2026 PM3:23
FILED-USBC-CT-HARTFOR

## VERIFICATION OF LIST OF CREDITORS

(I/We), the debtor(s), declare under penalty of perjury that all entities identified, or to be identified, in Schedules D, E/F, G, and H are listed in the List of Creditors filed in this bankruptcy case, including creditors, parties to leases and executory contracts, and co-debtors. *See*, Fed. R. Bankr. P. 1007 and D. Conn. Bankr L. R. 1007-1, 2002-1. (I/We) understand (I/we) can amend the List of Creditors pursuant to Fed. R. Bankr. P. 1009 and D. Conn. Bankr. L. R. 1009-1.

(I/We) declare that the names and addresses of the listed entities are true, correct, and consistent with the schedules to the best of (my/our) knowledge pursuant to Fed. R. Bankr. P. 1008.

Date: 5/11/2026

Carmen Ham
Signature of Debtor 1

Carmen Ham
Debtor 1 (Type Name)

Date:

Signature of Debtor 2 (joint debtor) (if applicable)

Debtor 2 (Type Name)

All ~~[illegible]~~ are being added to the bankrupcy

Professional Management, LLC
Massachusetts Department of Transportation
PAM Account Number [redacted]4080 -> 57.23
PAM - MASS Dot
PO Box 500
Horseheads NY, 14845-0500
ATTN: Department of Transportation

Geico
ARFAX@Gecio.com
6151565824
AttN: [redacted]5824

Progressive Corporcation
Acct# [redacted]5900
Acct# [redacted]742
ATTN: Progressive Billing
FAX 877-280-5587
PO. Box 31260
TAMpa FL 33631-3260

Allstate Insurance
PO 3199
Winston-Salem
North Carolina -> 27102-3199
ATTN: Billing

Case # 26-20340 Admended Credit

TAX Collector → 616.54
City of Middletown Ct.
245 deKoven Drive
Middletown Ct. 06457
Attn: TAX Collector office

Sunrise Credit Services ACCT # 3080
P.O. Box 9004 → 236.93
Melville NY 11747-9004 → Attn Account Services

Violations processing Center
PO Box 15186
Albany, NY 12212-5186 → 182.94
Violation # 12758
# 20430 ATTN Account Services
ACCT # 2989
~~ACCT # 734~~

Lasik Financing
Acct # 8400 LCA Vision, Inc
7840 Montgomery Road
Cincinnati OH 45236
ATTN: Lasik Financing

Case # 26-20340 Admended Creditor

Liberty Mutual
PO Box 52102
Phoenix AZ 85072
ATTN Billing Dept

The Hartford
one Hartford plaza
Hartford Ct. 06155
ATTN Billing Dept

State Farm insurance
State Farm Corpation
South Bldg SG,
3 State Farm Plz
Bloomington, IL 61791 ATTN: Billing Dept

EInsurance
150 N Riverside plaza
Chicago IL 60606
ATTN: Billing Dept